**STATE of Missouri, Respondent,**

v.

**Earl R. HARRIS, Appellant.**

**No. WD 53100.**

Missouri Court of Appeals,
Western District.

June 30, 1997.

Rosemary E. Percival, Assistant Appellate Defender, Kansas City, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Becky Owenson Kilpatrick, Asst. Atty. Gen., Jefferson City, for Respondent.

Before ULRICH, C.J., P.J., and LOWENSTEIN and EDWIN H. SMITH, JJ.

## ORDER

PER CURIAM.

Earl R. Harris appeals his conviction for the class C felony of committing violence or injury to an employee of the Department of Corrections, § 217.385.

Judgment affirmed. Rule 30.25(b).